# FILED

**DISTRICT COURT OF GUAM**

AUG 2 5 2005 ᠀P

## MARY L.M. MORAN
## CLERK OF COURT

## UNITED STATES DISTRICT COURT
### FOR THE
## DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 96-00081-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **TERMINATION ORDER** |
| | ) | |
| RANDALL HAMILTON CEPEDA | ) | |
| | ) | |
| Defendant. | ) | |

Randall Hamilton Cepeda was sentenced in the District Court of Guam on March 17, 1998, for the offense of Conspiracy to Import Methamphetamine, in violation of Title 21 U.S.C. § 952(a), 960, and 963. He was sentenced to time served and five years supervised release with conditions that he participate in drug treatment and testing, perform 400 hours of community service, and pay a $100 special assessment fee. On October 10, 2000, Mr. Cepeda's term of supervision was revoked and he was ordered to serve 15 months imprisonment followed by 45 months of supervised release. Special conditions ordered by the Court required that Mr. Cepeda participate in drug treatment and testing, seek and maintain gainful employment, and peform 180 hours of community service. He was released from federal custody on November 9, 2001.

Mr. Cepeda's adjustment under supervision has been exemplary, with no violation reports filed since his return from revocation imprisonment on November 9, 2001. He has maintained employment managing "Y Kusina" restaurant in Tamuning, a family business he helped start. Mr. Cepeda completed the drug treatment and testing program on November 27, 2002. Random urinalysis and breathalyser tests administered to date have consistently been negative. Mr. Cepeda completed the 180 hour community service order on November 23, 2001. He paid the $100 special assessment fee on April 14, 1998. Mr. Cepda has also submitted all required monthly supervision reports and has been forthcoming with all requests made of him by the probation officer. In addition, on April 5, 2005, he submitted to DNA collection as mandated by the Justice For All Act of 2004.



It appearing that Mr. Cepeda has complied with the conditions of supervised release imposed by the Court, and that the period of supervision expired on August 8, 2005, I therefore recommend that he be discharged from supervised release.

RESPECTFULLY submitted this _19th_ day of August 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____

ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    Karon V. Johnson, AUSA
       Peter C. Perez, Defense Counsel
       File

********************************************************************

IT IS SO ORDERED this _25th_ day of August 2005, that Randall Hamilton Cepeda be discharged from supervised release and that the proceeding in the case be terminated.

_8/25/2005_
Date

_____
JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

RECEIVED
AUG 2 4 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM